# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-1075V**

| | |
|---|---|
| DELILA DEJESUS, *on behalf of her minor child, M.M.*,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Chief Special Master Corcoran<br><br>Filed: October 2, 2026 |

*Courtney Christine Jorgenson, Siri & Glimstad LLP, Phoenix, AZ, for Petitioner.*

*Jeffrey Napolean Poulin, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On June 26, 2025, Delila DeJesus ("Petitioner") filed a petition for compensation on behalf of her minor son, M.M., under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that M.M. suffered from intussusception as a result of receiving a rotavirus vaccination on June 5, 2023. Pet., ECF No. 1. Petitioner further alleges that M.M. suffered the residual effects of his injury for more than six months. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 25, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c)

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Report at 1, ECF No. 25. Specifically, Respondent indicated that “Petitioner is entitled to a presumption of causation because M.M.’s intussusception meets the criteria of the Vaccine Injury Table.” *Id.* at 3-4 (citing 42 C.F.R. § 100.3(a)(XI)(A)(c)(4)). Respondent agrees that Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.* at 4.

**In view of Respondent’s position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master